# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES COOK,
                        Appellant,
            vs.
THE STATE OF NEVADA,
                        Respondent.

No. 80086

FILED

DEC 17 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

Appellant filed a notice of appeal on November 8, 2019. The notice of appeal fails to identify any decisions of the district court. *See* NRAP 3(c)(1)(B). Further, it does not appear from the district court docket and minute entries that the district court has entered any appealable order. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.          _____, J.
Parraguirre                                       Cadish

cc:    Hon. Ronald J. Israel, District Judge
       James Cook
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

19-51051